UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN AUTOMOBILE
ASSOCIATION,

        Plaintiff,

v.

        Case No. 1:10-cv-563

AAA AUTO SALES OF
GRAND RAPIDS, INC.,

        HONORABLE PAUL L. MALONEY

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant AAA Auto Sales of Grand Rapids, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant AAA Auto Sales of Grand Rapids, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: July 9, 2010                                                       /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge